IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:20-CV-00055-M

CHURCH MUTUAL INSURANCE )
COMPANY, )
                   Plaintiff, )
                                       )     **ORDER**
v. )
                                       )
LAKE POINTE ASSISTED LIVING, INC. )
*et al.*, )
                   Defendants. )

This matter is before the court on Plaintiff Church Mutual Insurance Company's Motion Under Fed. R. Civ. P. 26(c) to Stay Discovery Pending Determination of Motion for Judgment on the Pleadings [DE-26]. For good cause shown and reasonable grounds demonstrated, the motion is GRANTED and all discovery in this matter shall be stayed pending the court's ruling on Plaintiff's pending Motion for Judgment on the Pleadings [DE-24].

IT IS THEREFORE ORDERED that all discovery is stayed until 30 days after the court's ruling on the Motion for Judgment on the Pleadings and further the parties are DIRECTED to reconvene the Rule 26(f) conference within 14 days following the court's ruling on the motion.

SO ORDERED this the 22d day of October, 2020.

*/s/ Richard E. Myers II*
RICHARD E. MYERS II
U.S. DISTRICT COURT JUDGE